1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN NAMED AGENTS,<br><br>Defendants. | CASE NO. 3:21-cv-05302-JHC-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

This matter comes before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation. Dkt. # 16. Having reviewed the Report and Recommendation and the remaining record, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Plaintiff's complaint, Dkt. # 15, is DISMISSED without prejudice.

(3) Plaintiff's motion for preliminary injunction, Dkt. # 13, is DENIED.

(4) Plaintiff may proceed *in forma pauperis* on appeal.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1

Dated this 19th day of August, 2022.

*John H. Chun*
John H. Chun
United States District Judge